IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JACKIE WILSON ) | |
| ) | |
| Plaintiff, ) | 21-CV-03487 |
| ) | |
| vs. ) | Judge Franklin U. Valderrama |
| ) | |
| Administrator of the Estate of Former ) | |
| Chicago Police Department Commander ) | |
| Jon Burger, NICHOLAS TRUTENKO, et al. ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

**NOW COMES** the Defendant, Nicholas Trutenko, by and through undersigned counsel, and hereby moves this Honorable Court for an Order extending the time to file his Answer, or otherwise plead, to Plaintiff's Complaint by 28 days, i.e., until August 23, 2021. For the reasons more fully set forth below, this request is made with good cause.

1. Undersigned counsel anticipates being formally appointed by the Chancery Court of the Circuit Court of Cook County on July 28, 2021, to represent the interests of Defendant, Nicholas Trutenko, in the above-captioned matter.

2. Based upon information received to date, the deadline for Defendant Trutenko to answer or otherwise plead in response to Plaintiff's Complaint is prior to the date on which undersigned counsel will be formally appointed as counsel for Defendant Trutenko.

3. Accordingly, undersigned counsel hereby moves for a 28 day extension of time, i.e., until August 23, 2021, for Defendant to answer or otherwise plead to Plaintiff's Complaint.

4. No party will be prejudiced with the granting of this extension.

**WHEREFORE**, undersigned counsel, on behalf of Defendant Nicholas Trutenko, hereby requests that that this Honorable Court grant a 28-day extension to answer or otherwise plead to Plaintiff's Complaint.

**NICHOLAS TRUTENKO**

By: */s/ John C. Coyne*
John C. Coyne

Law Offices of John C. Coyne
53 West Jackson Blvd.
Suite 1750
Chicago, IL 60604
(312) 929-4308
jcc@johnccoynelaw.com

### Certificate of Service

I, Patricia Andersen, certify that I filed and served this document on all counsel and parties of record via the EC/CMF court filing system this 22nd day of July, 2021.

*/s/ Patricia Andersen*