AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.              ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Christina Presslak*                                                July 27, 2021

(By) DEPUTY CLERK                                                    DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    [signature]
                Date                 *Signature of Server*

                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| | Filed on behalf of the Plaintiff |
| | Certificate of: N George |
| | Certificate Number: 1 |
| | Exhibits: "NG1" |
| | Dated: |
| | Filed: |

**IN THE UNITED STATES DISTRICT COURT**   **CASE NO: 1:21-cv-03487**

**NORTHERN DISTRICT OF ILLINOIS**

**BETWEEN:**

**JACKIE WILSON**

<u>**Plaintiff**</u>

**-and-**

**ADMINISTRATOR OF THE ESTATE
OF FORMER CHICAGO POLICE
DEPARTMENT COMMANDER JON BURGE ET AL**

<u>**Defendants**</u>

---

**CERTIFICATE OF PROCESS SERVER**

---

I, Nathan George of Conflict International Limited 180 Piccadilly, London, W1J 9HF, process server, acting in the employ of Loevy & Loevy of 311 N. Aberdeen, 3rd Fl, Chicago, IL 60607, USA, Solicitors for the Plaintiff, **State as follows:-**

1. THAT I did on Wednesday 28 July 2021 at 10:48 hours, at Flat 54 Gainsborough Studios East, 1 Poole Street, London, N1 5ED, United Kingdom, personally serve William David Coleman, with the Summons, Complaint and Notification of Docket Entry issued in this matter.

2. THAT the said William David Coleman verbally identified himself to me.

3. THAT copies of the aforementioned documents are now produced and shown to me marked "NG1".

**Statement of Truth**

I believe the facts stated in this Certificate are true.

Full name: Nathan George

Signed ……………*[signature: Nat George]*………….. Dated………04/08/2021………

1

Filed on behalf of the Plaintiff
Certificate of: N George
Certificate Number: 1
Exhibits: "NG1"
Dated:
Filed:

**IN THE UNITED STATES DISTRICT COURT**      **CASE NO: 1:21-cv-03487**

**NORTHERN DISTRICT OF ILLINOIS**

**BETWEEN:**

**JACKIE WILSON**

<u>**Plaintiff**</u>

**-and-**

**ADMINISTRATOR OF THE ESTATE
OF FORMER CHICAGO POLICE
DEPARTMENT COMMANDER JON BURGE ET AL**

<u>**Defendants**</u>

# "NG1"

This is the exhibit marked "NG1" referred to in the Certificate of Nathan George

Signed …………[signature: Nat George]……………..    Dated…04/08/2021……………………

2

Filed on behalf of the Plaintiff
Certificate of: N George
Certificate Number: 1
Exhibits: "NG1"
Dated:
Filed:

**CASE NO: 1:21-cv-03487**

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**BETWEEN:**

**JACKIE WILSON**

**Plaintiff**

**-and-**

**ADMINISTRATOR OF THE ESTATE OF FORMER CHICAGO POLICE DEPARTMENT COMMANDER JON BURGE ET AL**

**Defendants**

_____

**CERTIFICATE OF PROCESS SERVER**
_____

Loevy & Loevy
311 N. Aberdeen, 3rd Fl.
Chicago
IL 60607
USA


Tel: +1 312-243-5900
Ref:

Solicitors for the Plaintiff

3