IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jackie Wilson, <br><br> Plaintiff <br><br> vs. <br><br> Administrator of the Estate of Former Chicago Police Department Commander Jon Burge, *et al.* <br><br> Defendants. | Case No. 1:21-cv-03487 <br> Honorable Franklin U. Valderrama <br><br><br><br> JURY TRIAL DEMANDED |

**DEFENDANT COOK COUNTY, ILLINOIS'
MOTION FOR ENTRY OF ORDER IN LIEU OF ANSWER**

Defendant, Cook County, Illinois (the "County"), by Special State's Attorneys Kenneth S. Ulrich, W. Kyle Walther, and Margaret C. O'Connor, pursuant to Federal Rule of Civil Procedure 8, respectfully moves this Court to enter an order in lieu of answer to the Plaintiff's Complaint. In support of this motion, the County states the following:

1. On June 30, 2021, Plaintiff filed a Complaint naming as Defendants the Administrator of the Estate of Former Chicago Police Department Commander Jon Burge; former Mayor and former State's Attorney Richard M. Daley; former Chicago Police Department Detective Thomas McKenna; Administrator of the Estate of former Chicago Police Department Detective Patrick O'Hara; Administrator of the Estate of former Chicago Police Department Detective John Yucaitis; former Assistant State's Attorney (ASA) Lawrence Hyman; former Cook County ASA Nicholas Trutenko; Cook County State's Attorney T. Andrew Horvat; former Cook County Court Reporter, Michael Hartnett; former Assistant State's Attorney and former Special City of Chicago Corporation Counsel William Kunkle; former jailhouse informant William David Coleman, aka Alfred Clarkson; Administrator of the Estate of former Chicago Police

12827098

Superintendent Leroy Martin; former Chicago Police Department Superintendent Terry Hillard; former Office of Professional Standards Director Gayle Shines; former aide to the Chicago Police Department Superintendent Thomas Needham; City of Chicago; and Cook County, Illinois, all in connection with allegations that due to Defendants' misconduct, Plaintiff was wrongfully convicted of armed robbery and the murders of Chicago Police Officers William Fahey and Richard O'Brien in 1983, and spent over 36 years imprisoned for crimes he did not commit (the "Complaint") (Dkt. 1, at ¶¶ 1, 6).

2. The undersigned attorneys filed their appearances on behalf of the County on July 22, 2021. (Dkt. 22, 23, 24).

3. On July 27, 2021, this Court entered an Order extending the deadline for the County to answer or otherwise respond to the Complaint to August 23, 2021. (Dkt. 127).

4. Plaintiff's Complaint contains 11 counts. Counts I through X seek to impose substantive liability on various combinations of the Defendants, other than the County. No relief is sought against the County in any of Counts I through X. Count XI, entitled "State Law Claim Indemnification Pursuant to 745 ILCS 10/9-102 and Common Law Claims against the City and County," is the sole Count of Plaintiff's Complaint attributed to the County. Accordingly, it is clear from the face of the Complaint that the sole purpose for naming the County is for indemnification purposes. (Dkt. 1).

5. Because Plaintiff names the County for indemnification purposes only, the County respectfully requests that this Court enter the proposed Order in Lieu of Answer, in the form of the proposed order sent via email pursuant to this Court's standing order to: Proposed_Order_Valderrama@ilnd.uscourts.gov. The proposed order states, in sum, as follows: This Court finds: (1) There is no basis for liability on the part of the County articulated in Plaintiff's

Complaint;  (2) the County remains in this case solely for purposes of indemnification as alleged in Count XI of Plaintiff's Complaint, and reserves all of its defenses with respect to Count XI; and (3) the County is not obligated to answer or otherwise respond to Plaintiff's Complaint.

WHEREFORE Defendant Cook County, Illinois respectfully requests that this Honorable Court enter an order in lieu of answer to Plaintiff's Complaint, and for such other and further relief as the Court deems necessary and appropriate.

Respectfully submitted,

COOK COUNTY, ILLINOIS

By: /s/Kenneth S. Ulrich
  One of Its Attorneys

Kenneth S. Ulrich
Kyle W. Walther
Margaret C. O'Connor
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000
Kenneth.ulrich@goldbergkohn.com
Kyle.walther@goldbergkohn.com
Margaret.oconnor@golbdergkohn.com

*Special State's Attorney of Cook County, Illinois*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 23, 2021, he caused a copy of **DEFENDANT COOK COUNTY, ILLINOIS' MOTION FOR ENTRY OF ORDER IN LIEU OF ANSWER** to be served via the Court's ECF/electronic mailing system upon all counsel of record.

/s/ *Kenneth S. Ulrich*