# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jackie Wilson

Plaintiff,

v.

Case No.: 1:21−cv−03487

Honorable Franklin U. Valderrama

Administrator of the Estate of Former Chicago Police Department Commander Jon Burge, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 2, 2021:

    MINUTE entry before the Honorable Franklin U. Valderrama: The Court grants Defendant Lawrence Hyman's unopposed motion for an extension of time to answer or otherwise plead [54], and his deadline to answer or otherwise plead is extended to 09/30/2021. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.