IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACKIE WILSON,<br><br>    Plaintiff<br><br>  vs.<br><br>Estate of Former Chicago Police<br>Department Commander Jon Burge, et al.,<br><br>    Defendants. | Case No. 21-CV-3487<br><br>HON. JUDGE FRANKLIN U.<br>VALDERAMA<br><br>HON. MAG. JEFFREY T. GILBERT<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS**

Now comes Plaintiff, Jackie Wilson, by and through his counsel, and respectfully moves this Court for an extension of time to file his responses to certain Defendants' Motions to Dismiss (Dkts. 47, 58, 59) and Cook County's Motion for Entry of Order in Lieu of a Response (Dkt. 42). In support, Plaintiff states as follows:

  1.  Currently pending before this Court are certain Defendants' motions to dismiss and Cook County's Motion for Entry of Order in Lieu of a Response. (Dkts. 42, 47, 58, 59).

  2.  Plaintiff's responses to Defendants Trutenko and Cook County are due today, September 17, 2021.

  3.  Plaintiff's responses to Defendants Horvat and Hartnett are due October 4, 2021.

  4.  Additionally, this Court has granted the request for extension of time to Defendant Kunkle to answer or plead to Plaintiff's complaint on September 24, 2021. (Dkt. 39).

  5.  Further, this Court has granted the request for extension of time for the remaining Defendants City of Chicago, Daley, Hillard, Shines, Needham, McKenna, and Hyman to answer

or plead to Plaintiff's complaint on September 30, 2021. (Dkts. 55, 61). Plaintiff anticipates that these remaining Defendants will similarly file a motion to dismiss.

6. Plaintiff believes that considering and responding together to the pending motions to dismiss, Motion for Entry of Order, and the probable motions to dismiss from the remaining defendants will promote efficiency and conserve resources of all the parties and the Court. Further, due to obligations in other matters, Plaintiff has been unable to complete his responsive pleading to the pending motions.

7. As such, Plaintiff seeks an extension of time to respond to all defendants' motions and asks the Court to extend the deadline to respond until and including October 30, 2021.

8. Counsel for Plaintiff has conferred with counsel for Defendants. Defendants do not oppose Plaintiff's Motion for an Extension of Time to file his responsive pleading(s) by October 30, 2020.[1]

DATED: September 17, 2021                    Respectfully submitted,


s/ Elliot Slosar                             s/ Flint Taylor

Jon Loevy                                    Flint Taylor
Scott Rauscher                               Ben Elson
Elliot Slosar                                People's Law Office
Margaret E. Campbell                         1180 N. Milwaukee Ave.
LOEVY & LOEVY                                Chicago, IL 60642
311 N. Aberdeen, 3rd Fl                      773-235-0070
Chicago, IL 60607
312-243-5900

---

[1] Counsel for Defendants Horvat and Hartnett does oppose Plaintiff filing a consolidated response brief. Plaintiff submits that Defendants Horvat and Hartnett's opposition to a consolidated pleading be addressed at a later date when Plaintiff seeks leave to file an oversized consolidated response.

## **CERTIFICATE OF SERVICE**

  I, Elliot Slosar, an attorney, hereby certify that on September 17, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

/s/ Elliot Slosar<br>
<em>One of Plaintiff's Attorneys</em>