FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACKIE WILSON | ) ) ) ) | Case No. 21-CV-3487 |
| Plaintiff | ) ) | HON. JUDGE FRANKLIN U. VALDERAMA |
| vs. | ) ) | |
| Estate of Former Chicago Police Department Commander Jon Burge, et al., | ) ) ) | HON. MAG. JEFFREY T. GILBERT |
| Defendants. | ) ) ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S STATUS REPORT RELATING TO SERVING THE
ESTATE OF DEFENDANT LEROY MARTIN**

NOW COMES Plaintiff, JACKIE WILSON, by his attorneys LOEVY & LOEVY, and respectfully files this Status Report pursuant to Dckt. No. 73. In support, Plaintiff states as follows:

1. Plaintiff filed his Complaint in this case on June 30, 2021. Dckt. No. 1.

2. On September 26, 2021, Plaintiff filed an unopposed motion to extend the Rule 4(m) period. Dckt. No. 64. In that motion, Plaintiff specifically referenced ongoing efforts to serve many of the Estates and specifically referenced Defendants Burge, O'Hara, and Yucaitis. Plaintiff mistakenly omitted Defendant Martin's estate in that motion.

3. On September 30, 2021, this Honorable Court granted Plaintiff's motion and extended the Rule 4(m) service period "on the remaining defendants" to November 11, 2011.  Dckt. No. 66.

4. On October 8, 2021, this Honorable Court requested that Plaintiff provide a status report regarding the Estate of Leroy Martin.  Dckt. No. 73.

5. Upon receipt of this Court's order, Plaintiff communicated with counsel Terrance Burns, who represents Defendant City of Chicago and many of the individual Defendants.  The parties are engaged in ongoing communications regarding Mr. Burns' potential representation of Defendant Martin's estate.  If an agreement cannot be reached, Plaintiff will file a motion bringing any issues to this Court's attention.

DATED: October 15, 2021                 RESPECTFULLY SUBMITTED,

s/ Elliot Slosar                                          s/ Flint Taylor

Jon Loevy
Scott Rauscher                                        Flint Taylor
Elliot Slosar                                             Ben Elson
LOEVY & LOEVY                          People's Law Office
311 N. Aberdeen, 3rd Fl                1180 N. Milwaukee Ave.
Chicago, IL 60607                        Chicago, IL 60642
312-243-5900                                   773-235-0070

## **CERTIFICATE OF SERVICE**

I, Elliot Slosar, an attorney, hereby certify that on October 15, 2021, I filed the foregoing Plaintiff's Motion to Extend the Time for Service using the Court's CM/ECF system, which effected service on all counsel of record listed below.

/s/ Elliot Slosar
*One of Plaintiff's Attorneys*
