# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACKIE WILSON ) | |
| ) | Case No. 21-CV-3487 |
| Plaintiff ) | |
| ) | |
| vs. ) | HON. JUDGE FRANKLIN U. |
| ) | VALDERAMA |
| Estate of Former Chicago Police ) | |
| Department Commander Jon Burge, et al., ) | HON. MAG. JEFFREY T. GILBERT |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS**

Now comes Plaintiff, Jackie Wilson, by and through his counsel, and respectfully moves this Court for an extension of time to file his responses to certain Defendants' Motions to Dismiss (Dkts. 47, 58, 59, 69, 72, 75, 76) and Cook County's Motion for Entry of Order in Lieu of a Response (Dkt. 42). In support, Plaintiff states as follows:

1. Currently pending before this Court are certain Defendants' motions to dismiss and Cook County's Motion for Entry of Order in Lieu of a Response. (Dkts. 42, 47, 58, 59, 69, 72, 75, 76). Also before this Honorable Court is Defendant Cook County's Motion for Entry of Order in lieu of a Response. (Dckt. No. 42).

2. Plaintiff's responses to Defendants' pending motions are due today, November 1, 2021.

3. Due to obligations in other matters, Plaintiff has been unable to complete his responsive pleading to the pending motions. Plaintiff briefly describes some of those obligations below.

4. Plaintiff's lead counsel prepared pretrial filings in advance of a November 1, 2021 trial date in *State of Illinois v. Patrick Taylor*, 07-CR-18462-01. While that trial was eventually moved to August 1, 2022, Plaintiff's counsel spent considerable efforts drafting motions *in limine*, meeting with witnesses, and conducting other pretrial preparation.

5. Further, In *Nickie Miller v. Montgomery County, et al.*, 18-CV-619 (E.D. Ky.) Plaintiff's counsel had pretrial filings due beginning October 18, 2021. While Mr. Miller's trial date was ultimately suspended, Plaintiff's lead counsel spent a considerable period of time conducting pretrial preparation.

6. In addition to the trial preparation discussed above, Plaintiff's lead counsel has spent considerable time and efforts handling other obligations that prevented the responsive pleading from being completed by today's date.

7. As such, Plaintiff seeks an extension of time to respond to all defendants' motions and asks the Court to extend the deadlines to respond until and including December 1, 2021.

8. Counsel for Plaintiff has conferred with counsel for Defendants. Defendants do not oppose Plaintiff's Motion for an Extension of Time to file his responsive pleading(s) by December 1, 2021.

DATED: November 1, 2021                     Respectfully submitted,

s/ Elliot Slosar                            s/ Flint Taylor

Jon Loevy                                   Flint Taylor
Scott Rauscher                              Ben Elson
Elliot Slosar                               People's Law Office
LOEVY & LOEVY                               1180 N. Milwaukee Ave.
311 N. Aberdeen, 3rd Fl                     Chicago, IL 60642
Chicago, IL 60607                           773-235-0070
312-243-5900

## CERTIFICATE OF SERVICE

I, Elliot Slosar, an attorney, hereby certify that on November 1, 2021, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

/s/ Elliot Slosar
*One of Plaintiff's Attorneys*