# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACKIE WILSON | Case No. 21-CV-3487 |
| Plaintiff | HON. JUDGE FRANKLIN U. VALDERAMA |
| vs. | |
| Estate of Former Chicago Police Department Commander Jon Burge, et al., | HON. MAG. JEFFREY T. GILBERT |
| Defendants. | JURY TRIAL DEMANDED |

## JOINT MOTION BY ALL PARTIES OTHER THAN DEFENDANT LAWRENCE HYMAN TO EXTEND THE TIME TO FILE THE INITIAL STATUS REPORT UNDER RULE 26(f)

All parties other than Defendant Lawrence Hyman submit this joint motion to extend the time to file their Rule 26(f) report from November 22, 2021, to December 7, 2021, stating in support as follows.

1. The parties joint initial status report is due today. Dkt. 63.

2. All parties other than Defendant Hyman are attempting to work cooperatively to come up with a proposed agreed discovery schedule. Along those lines, Plaintiff has provided a draft report with a proposed discovery plan to Defendants, but the parties have not yet been able to meet and confer about that plan.

3. There are 17 Defendants in this case. All living Defendants have been served with the Complaint, but Plaintiff is still working on service of process for a small number of estates that were named as Defendants.

4. To ensure that the parties (including the estates) have sufficient time to confer about the proposed discovery plan, the parties jointly request an extension of time to file their Rule 26(f) report from November 22, 2021, to December 7, 2021. In the interim, they will work to get an agreement on a proposed agreed discovery schedule.

5. All parties discussed and agreed to this motion other than Defendant Hyman, who filed a motion asking the Court to stay discovery and to require Defendant Cook County to immediately produce certain files to the other Defendants. *See* Dkt. 82.

6. All parties other than Defendant Hyman also respectfully request that any briefing on his motion to stay discovery should be postponed until after the other parties submit their Rule 26(f) report.

WHEREFORE, all parties other than Defendant Hyman jointly request that the Court extend the deadline for filing their Rule 26(f) to December 7, 2021.

RESPECTFULLY SUBMITTED,

s/ Scott Rauscher

Jon Loevy
Scott Rauscher
Elliot Slosar
Margaret E. Campbell
LOEVY & LOEVY
311 N. Aberdeen, 3rd Fl
Chicago, IL 60607
312-243-5900

Flint Taylor
Ben Elson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070

Plaintiff's attorneys