# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACKIE WILSON ) | |
| ) | Case No. 21-CV-3487 |
| Plaintiff ) | |
| ) | |
| vs. ) | HON. JUDGE FRANKLIN U. |
| ) | VALDERAMA |
| Estate of Former Chicago Police ) | |
| Department Commander Jon Burge, et al., ) | HON. MAG. JEFFREY T. GILBERT |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR A TWO-WEEK EXTENSION OF TIME TO FILE HIS RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

Now comes Plaintiff, Jackie Wilson, by and through his counsel, and respectfully moves this Court for a two-week extension of time to file his response to certain Defendants' Motions to Dismiss (Dkts. 47, 58, 59, 69, 72, 75, 76) and Cook County's Motion for Entry of Order in Lieu of a Response (Dkt. 42). In support, Plaintiff states as follows:

1. Currently pending before this Court are certain Defendants' motions to dismiss and Cook County's Motion for Entry of Order in Lieu of a Response. (Dkts. 42, 47, 58, 59, 69, 72, 75, 76). Also before this Honorable Court is Defendant Cook County's Motion for Entry of Order in lieu of a Response. (Dckt. No. 42).

2. Plaintiff's responses to Defendants' pending motions are due today, December 1, 2021. Plaintiff has made considerable progress on drafting his response to Defendants pending motions.

3. However, due to obligations in other matters, Plaintiff has been unable to complete his responsive pleading to the pending motions. Plaintiff briefly describes some of those obligations below.

4. Since the last scheduling order took effect, Plaintiff's lead counsel has tended to pretrial matters in *Gonzalez v. City of Shelbyville*, which is currently set for trial in January. *Gonzalez v. City of Shelbyville, et al.*, 18-CV-00653-RGJ-RSE (W.D. Ky.) On November 16, 2021, the district court in *Gonzalez sua sponte* moved the pretrial conference from January 11, 2022 to December 15, 2021. Dckt. No. 87. Given that all pretrial deadlines were also moved forward by nearly a month, Plaintiffs' counsel has been tending to these unanticipated filings, including: (1) a pretrial memorandum; (2) witness list; (3) exhibit list; and (4) motions *in limine*. While these filings were originally due in late December, well after Plaintiff's responsive pleading was due in this matter, they are likewise now due today, December 1, 2021. Further, responsive pleadings in this accelerated pretrial schedule are now due December 8, 2021.

5. In addition to the unanticipated pretrial preparation discussed above, Plaintiff's lead counsel has spent considerable time and efforts handling other obligations that prevented the responsive pleading from being completed by today's date.

6. As such, Plaintiff seeks a short extension of time to respond to all defendants' motions and asks the Court to extend the deadlines to respond until and including December 15, 2021. Plaintiff believes that this short two-week extension will afford him the necessary time to complete his response to Defendants' motions.

7. Counsel for Plaintiff has conferred with counsel for Defendants. Defendants do not oppose Plaintiff's Motion for an Extension of Time to file his responsive pleading(s) by December 15, 2021.

DATED: December 1, 2021                    Respectfully submitted,


s/ Elliot Slosar                           s/ Flint Taylor

Jon Loevy                                  Flint Taylor
Scott Rauscher                             Ben Elson
Elliot Slosar                              People's Law Office
Margaret E. Campbell                       1180 N. Milwaukee Ave.
LOEVY & LOEVY                              Chicago, IL 60642
311 N. Aberdeen, 3rd Fl                    773-235-0070
Chicago, IL 60607
312-243-5900

## CERTIFICATE OF SERVICE

I, Elliot Slosar, an attorney, hereby certify that on December 1, 2021, I filed the foregoing motion via the Court's CM/ECF System and thereby served a copy on all counsel of record.

/s/ Elliot Slosar