IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACKIE WILSON | ) | |
| | ) | Case No. 21-CV-3487 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | HON. JUDGE FRANKLIN U. |
| | ) | VALDERRAMA |
| Estate of Former Chicago Police | ) | |
| Department Commander Jon Burge, et al., | ) | HON. MAG. JEFFREY T. GILBERT |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS-PAGE BRIEF**

Pursuant to Local Rule 7.1, Plaintiff Jackie Wilson respectfully requests permission to file *instanter* a combined memorandum of law in opposition to Defendants' motions for summary judgment in excess of 15 pages. In support of this motion, Plaintiff states as follows:

1) Thus far, 11 Defendants have filed 7 separate motions to dismiss, and Defendant Cook County filed a motion to be excused from answering Plaintiff's Complaint. In total, Plaintiff is responding to 8 briefs.

2) Not including Cook County's motion to be excused from answering Plaintiff's Complaint, Defendants' motions to dismiss total 147 pages.

3) To avoid duplication, Plaintiff is filing one combined response brief to Defendants' pending motions.

4) Plaintiff respectfully submits that he needs more than the 15 pages called for by Local Rule 7.1 to adequately respond to Defendants' arguments.

5) Plaintiff's combined response brief is 101 pages, which is less than the 120 total pages he would have been permitted to file under the local rules if he had filed separate responses to each of the 8 pending motions.

6) Plaintiff asked Defendants if they opposed him filing a combined brief of 110 pages. Counsel for the majority of Defendants have responded and do not oppose Plaintiff filing a consolidated response with excess pages. Those Defendants include: (1) Defendant Hyman; (2) Defendant Cook County; (3) Defendant City of Chicago; (4) Defendant Daley; (5) Defendant Hillard; (6) Defendant Shines; (7) Defendant Needham; (8) Defendant McKenna; and (9) Defendant Trutenko.

7) Defendants Hartnett, Horvat, and Kunkle indicated that they did not oppose the request for excess pages but do oppose Plaintiff filing a combined response brief. They did not indicate a substantive reason for their position, but Plaintiff submits that filing 8 separate response briefs would be inefficient for the Court and the parties. Many of the Defendants make the exact same arguments for dismissal, including citations to the same cases, and at times, cross-referencing other Defendants' briefs. Requiring Plaintiff to file 8 separate briefs will result in substantial duplication of argument or substantial cross-referencing of response briefs such that the briefs will be extremely difficult to follow.

WHEREFORE, Plaintiff seeks leave to file an excess-page brief in response to Defendants' motions to dismiss and Cook County's motion to be excused from answering Plaintiff's Complaint.

RESPECTFULLY SUBMITTED,

s/ Elliot Slosar                                    s/ Flint Taylor

Jon Loevy                                           Flint Taylor
Scott Rauscher                                      Ben Elson
Elliot Slosar                                       People's Law Office
LOEVY & LOEVY                                       1180 N. Milwaukee Ave.
311 N. Aberdeen, 3rd Fl                             Chicago, IL 60642
Chicago, IL 60607                                   773-235-0070
312-243-5900

## **CERTIFICATE OF SERVICE**

    I certify that true and correct copies of the foregoing have been served via CM/ECF on this, the 21st day of December 2021, to counsel of record for all parties.


                                     /s/ Elliot Slosar
                                     *Counsel for Plaintiff*