# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jackie Wilson

                                Plaintiff,

v.                                                             Case No.: 1:21−cv−03487

                                                            Honorable Franklin U. Valderrama

Administrator of the Estate of Former Chicago
Police Department Commander Jon Burge, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 23, 2022:

      MINUTE Entry before the Honorable Franklin U. Valderrama: The Court grants Plaintiff's Unopposed Motion to Appoint and Substitute Special Representatives for Deceased Defendants Patrick O'Hara, John Yucaitis, and Leroy Martin Sr. [108] for the reasons stated in the motion. The Court directs the Clerk of the Court (i) to substitute "Brian O'Hara, Special Representative of Deceased Defendant Patrick O'Hara" for "Administrator of the Estate of Former Chicago Police Department Detective Patrick O'Hara" as a party defendant; (ii) to substitute "Geri Lynn Yanow, Special Representative of Deceased Defendant John Yucaitis" for "Administrator of the Estate of Former Chicago Police Department Detective John Yucaitis" as a party defendant; and (iii) to substitute "Anthony Schumann, Special Representative of Deceased Defendant Leroy Martin Sr." for "Administrator of the Estate of Former Chicago Police Department Superintendent Leroy Martin" as a party defendant. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.