# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Jackie Wilson

                              Plaintiff,

v.                                                                                                       Case No.: 1:21−cv−03487

                                                                                                      Honorable Franklin U. Valderrama

Administrator of the Estate of Former Chicago
Police Department Commander Jon Burge, et al.

                                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 4, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is Defendant Cook County's Motion for Entry of Order in Lieu of Answer [42]. Plaintiff concedes in his response that he named Cook County as a defendant for indemnification purposes only. Accordingly, the Court grants the motion. Enter Order in Lieu of Answer. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.