U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: Jackie Wilson v. Administrator of the Estate of Jon Burge, et al.,

Case Number: 21 CV 3487

An appearance is hereby filed by the undersigned as attorney for:

Defendants Brian O'Hara, Special Representative of Deceased Defendant Patrick O'Hara; Geri Lynn Yanow, Special Representative of Deceased Defendant John Yucaitis

Attorney name (type or print): Eileen E. Rosen

Firm: Rock Fusco & Connelly, LLC

Street address: 321 N. Clark Street, Suite 2200

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6217428
(See item 3 in instructions)

Telephone Number: 312-494-1000

Email Address: erosen@rfclaw.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ✔ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/14/2022

Attorney signature: S/ Eileen E. Rosen
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015