## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Jackie Wilson

                                                  Plaintiff,

v.                                                               Case No.:
                                                                 1:21−cv−03487
                                                                 Honorable Franklin U.
                                                                 Valderrama

Administrator of the Estate of Former Chicago
Police Department Commander Jon Burge, et al.

                                                  Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 11, 2022:

     MINUTE Entry before the Honorable Franklin U. Valderrama: The Court construes Defendant Lawrence Hyman's Objection to the Illinois Torture Inquiry and Relief Commission's Motion to Intervene [152] as a response to the Commission's intervention motion. The Court directs the Commission to file a reply in support of its intervention motion by 04/18/2022. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.