UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Jackie Wilson

          Plaintiff,

v.          Case No.: 1:21−cv−03487

          Honorable Franklin U. Valderrama

Administrator of the Estate of Former Chicago Police Department Commander Jon Burge, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 6, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status and motion hearing held on 12/6/22. Defendant Lawrence Hyman's and Defendants Michael Hartnett and Timothy Andrew Horvart's motions to stay discovery [82], [91] are denied for the reasons stated on the record. The parties are authorized to begin to conduct party and non−party discovery. The Cook County State's Attorney shall respond to the subpoena Plaintiff intends to serve within 7 days of receipt thereof as counsel represents the documents covered by that anticipated subpoena are ready to be produced. Defendant Hyman shall respond to discovery previously served by Plaintiff by 1/9/23. Rule 26(a)(1) disclosures and written discovery requests shall be served by 1/9/23. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.