UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jackie Wilson

                Plaintiff,

v.

Administrator of the Estate of Former Chicago
Police Department Commander Jon Burge, et al.

                Defendant.

Case No.:
1:21−cv−03487

Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 10, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the parties' Joint Status Report with Proposed Discovery Schedule [224]. Plaintiff proposes that fact discovery close on 10/27/23, a little over five months from now, which, in the Court's view, is overly aggressive and unrealistic given the number of depositions that Plaintiff says he intends to take even putting aside the dozens of depositions Defendants say they intend to take. On the other hand, Defendants propose 18 months of fact discovery with a close date of 11/29/24 which, in the Court's view, appears to allow more time for fact discovery than reasonably may be necessary in this case. A few dates either are agreed or close to agreed, and the Court sets those dates now. The Estate of Kunkle shall make its Rule 26(a)(1) disclosures by 6/5/23 (Estate of Kunkle proposed 6/4/23 but that is a Sunday). Plaintiff says he intends to serve written discovery on the Estate of Kunkle "soon," and the Court orders him to do so no later than 6/9/23. All parties' responses to written discovery, including production of documents, shall be completed by 9/29/23 by agreement [224]. Having considered the parties' dueling proposals concerning the remaining discovery dates, the Court proposes to set those dates as follows, and an in−person status hearing is set for 5/23/23 at 11:00 a.m. in Courtroom 1386 to discuss the parties' reactions to these proposed dates. Fact discovery shall close on 7/1/24. Plaintiff's Rule 26(a)(2) disclosures, if any, shall be made by 8/1/24. If Plaintiff's expert(s) will be deposed, they shall be deposed by 9/15/24. Defendants' Rule 26(a)(2) disclosures, if any, shall be made by 11/1/24. If Defendants' expert(s) will be deposed, they shall be deposed by 12/15/24. Dispositive motions shall be filed by 2/15/25. The parties shall file a status report by 12:00 p.m. on 5/19/23 concerning the status of the subpoenas served on the Cook County States Attorney's Office (CCSAO) including potential privilege issues about which the parties have been meeting and conferring. If disputes remain about privilege or other issues concerning those subpoenas after the parties and the CCSAO have completed the Local Rule 37.2 meet and confer process, then the parties and the CCSAO should agree on a briefing schedule for any necessary motion practice and, if appropriate, include that briefing schedule in the status report filed on 5/19/23. The parties shall file an updated joint status report addressing their overall

progress with discovery (other than as to the CCSAO subpoenas) by 6/30/23. That status report shall include at least the following information: the status of each party's production of documents; any disputes concerning written discovery including any disputes as to which the parties are at impasse; a proposed briefing schedule for any discovery issues that need to be briefed; and proposed or confirmed dates for fact witness depositions to be taken through 8/1/23. The parties also should identify any fact witnesses whose depositions have been taken as of the date the status report is filed. The Court intends to have the parties file joint reports at least monthly with confirmed and proposed dates for depositions to be taken within 30 days of the last report. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.