**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | Case No. 21-CV-3487 |
| JACKIE WILSON | ) | |
| | ) | |
| Plaintiff | ) | HON. JUDGE FRANKLIN U. |
| | ) | VALDERAMA |
| **vs.** | ) | |
| | ) | |
| Estate of Former Chicago Police Department | ) | HON. MAG. JUDGE JEFFREY T. |
| Commander Jon Burge, et al., | ) | GILBERT |
| | ) | |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |

**JOINT STATUS REPORT**

The parties[1] submit the following joint status report pursuant to the Court's May 23, 2023 Order. Dkt. 231.

1.      On May 23, 2023, this Court held a status hearing regarding discovery issues in the above-entitled case.  Dckt. 231.

2.      After that proceeding, the Court ordered that the parties file an updated status report by today noting "the people that each side intends to depose before the close of fact discovery" and "confirmed or proposed dates for party or third-party depositions to be taken through the end of November 2023." Dckt. 231.

3.      First addressing the timing of depositions, Plaintiff issued a deposition notice on May 16, 2023.  Ex. 1, PL. Notice.  The parties are in the process of arranging a scheduling conference regarding the depositions contained in Plaintiff's notice and commit to doing so prior

---

[1] By the time of this filing, Plaintiff has not received a response from counsel for Defendant Cook County.

to the next status report.  By the time of this filing, Defendant Hartnett has confirmed availability for his deposition on July 27, 2023.

4.     Additionally, over the past few days, the parties have received approximately 50,000 pages of discovery from the CCSAO.  The review of that discovery is still ongoing, and because of that, the depositions listed below are not a complete list of individuals that the parties intend to depose.  The parties provide their respective positions below:

### A.  Plaintiff's Position:

Plaintiff intends to depose each of the Defendants, including the City of Chicago through Rule 30(b)(6). They will also depose: (1) Nicholas Trutenko (regardless of whether he is a Defendant); (2) occurrence witnesses such as Tyrone Sims, DeWayne Hardin, and Thomas Musselami; (3) individuals who may have knowledge regarding the allegations in Plaintiff's Complaint regarding Defendants Coleman and Trutenko, including former Chicago City Council member, Ed Burke; (4) former members of the Office of the Special Prosecutor and the CCSAO that were involved in Plaintiff's prosecution, including William Merritt, Lawrence Rosen, and Myles O'Rourke; (5) individuals from the CCSAO who have knowledge relating to the allegations in Plaintiff's Complaint, including ASA Paul Fangman and (6) the CCSAO through Rule 30(b)(6).[2]

### B.  Defendants' Position:

Defendants intend to depose Plaintiff, his criminal defense attorneys and investigators, witnesses relating to the underlying murders of Officers Fahey and O'Brien, persons involved in the investigation of Plaintiff's allegations by the Office of the Special Prosecutor and TIRC, Cook

---

[2] Plaintiff has identified the deponents by name where possible and expects that he may identify additional deponents based on document discovery.

County jail personnel who had contact with Plaintiff, and damages witnesses. An initial list (but not by any means exhaustive) includes: Derrick Martin, Anthony Williams, Donald White, Lamont White, Walter White, Doris Miller, Tyrone Sims, DeWayne Harden, Diane Panos, Kenneth Caddick, Dr. John Raba, Dr. Geoffrey Korn, Dr. Harper, Dr. Robert Kirschner, nurse Patricia Reynolds, Richard Kling, Dale Coventry, Fredrick Solomon, Barbara Steinberg, David Thomas, Dr. Antonio Martinez, Larry Rosen, Myles O'Rourke, Paul Fangman, Elliot Slosar, Flint Taylor, John Conroy, and Judge William Hooks. In addition, Defendants will need to depose Plaintiff's disclosed Rule 404(b) witnesses, which currently exceed 40 in number. Defendants will work with Plaintiff's counsel in an effort to narrow Plaintiff's list.

DATED: June 20, 2023                    RESPECTFULLY SUBMITTED,

s/ Elliot Slosar                        s/ Flint Taylor

Jon Loevy                               Flint Taylor
Scott Rauscher                          Ben Elson
Elliot Slosar                           People's Law Office
Margaret E. Campbell                    1180 N. Milwaukee Ave.
LOEVY & LOEVY                           Chicago, IL 60642
311 N. Aberdeen, 3rd Fl                 773-235-0070
Chicago, IL 60607
312-243-5900

/s/ Terry A. Ekl
Terry A. Ekl
Tracy Stanker
Ekl, Williams & Provenzale, LLC
901 Warrenville Rd. Suite 175
Lisle, IL 60190
630-654-0045
tekl@eklwilliams.com
tstanker@eklwilliam.com
*Attorneys for Defendants Horvat and Hartnett.*

/s/ Edward R. Theobald
Law Offices of Edward R. Theobald
Arboretum Lakes – 901 Warrenville Road, Suite 175

3

Lisle, IL 60532
(312)346-9246
Bears51@aol.com
*Attorney for Defendant Lawrence Hyman.*
s/s Matthew A. Hurd
Thomas G. DiCianni /ARDC #3127041
Matthew A. Hurd / ARDC #6191532
ANCEL GLINK, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois 60603
Phone: (312) 782-7606
Facsimile: (312) 782-0943
tdicianni@ancelglink.com
mhurd@ancelglink.com
*Attorneys for Estate of William Kunkle*

By: /s/ Paul A. Michalik
Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Katherine C. Morrison
Daniel J. Burns
Dhaviella N Harris
Reiter Burns LLP
311 South Wacker Drive, Suite 5200
Chicago, IL 60606
tburns@reiterburns.com
pmichalik@reiterburns.com
dnoland@reiterburns.com
kmorrison@reiterburns.com
dburns@reiterburns.com
dharris@reiterburns.com
*Attorneys for Defendants, City of Chicago,*
*Richard M. Daley, Terry Hillard,*
*Thomas Needham, Anthony Schumann, as Special Representative of Deceased Defendant Leroy*
*Martin, and Robert Shines, as Special Representative of Deceased Defendant Gayle Shines.*

By: /s/ Eileen E. Rosen
Eileen E. Rosen
Stacy A. Benjamin
Andrew J. Grill
Jessica Zehner
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, IL 60606
erosen@rfclaw.com

4

5

sbenjamin@rfclaw.com
agrill@rfclaw.com
jzehner@rfclaw.com
- *Attorneys for Defendants Thomas McKenna, Doug Stalley as Personal Representative for Estate of Jon Burge, Brian O'Hara as Special Representative of deceased defendant Patrick O'Hara, and Geri Lynn Yanow, as Special Representative of deceased defendant John Yucaitis*