# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JACKIE WILSON | ) <br> ) Case No. 21-CV-3487 <br> ) <br> ) |
| Plaintiff | ) HON. JUDGE FRANKLIN U. <br> ) VALDERAMA |
| vs. | ) <br> ) |
| Estate of Former Chicago Police Department Commander Jon Burge, et al., | ) HON. MAG. JUDGE JEFFREY T. <br> ) GILBERT <br> ) |
| Defendants. | ) <br> ) <br> ) JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF DEPOSITIONS

TO:  **ALL COUNSEL OF RECORD** (See attached certificate of service)

PLEASE TAKE NOTICE THAT the following deposition will be taken before a Notary Public and/or videographer for the States of Illinois and Iowa on the dates and times and at the location listed below. To counsel of record for the deponent, this is a demand that you produce the deponent at the date and time listed:

| | | | |
|---|---|---|---|
| **DEFENDANT LAWRENCE HYMAN** | JULY 7, 2023 | 9:00 A.M. | Loevy and Loevy <br> 311 N. Aberdeen St., 3rd Floor <br> Chicago, Illinois 60607 <br> (Zoom Availability) |
| **DEFENDANT THOMAS MCKENNA** | JULY 7, 2023 | 1:00 P.M. | Loevy and Loevy <br> 311 N. Aberdeen St., 3rd Floor <br> Chicago, Illinois 60607 <br> (Zoom Availability) |
| **DEFENDANT HARTNETT** | JULY 27, 2023 | 10:00 A.M. | Loevy and Loevy <br> 311 N. Aberdeen St., 3rd Floor <br> Chicago, Illinois 60607 <br> (Zoom Availability) |

| | | | |
|---|---|---|---|
| **DEFENDANT HORVAT** | JULY 28, 2023 | 10:00 A.M. | Loevy and Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(Zoom Availability) |
| **[CURRENTLY DISMISSED] NICHOLAS TRUTENKO** | AUGUST 2, 2023 | 10:00 A.M. | Loevy and Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(Zoom Availability) |
| **WILLIAM MERRITT** | AUGUST 3, 2023 | 10:00 A.M. | Loevy and Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(Zoom Availability) |
| **PAUL FANGMAN** | AUGUST 11, 2023 | 10:00 A.M. | Loevy and Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(Zoom Availability) |
| **JESSICA SCHELLER** | AUGUST 15, 2023 | 10:00 A.M. | Loevy and Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(Zoom Availability) |
| **CATHY MCNEIL STEIN** | AUGUST 16, 2023 | 10:00 A.M. | Loevy and Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(Zoom Availability) |
| **MYLES O'ROURKE** | AUGUST 17, 2023 | 10:00 A.M. | Loevy and Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(Zoom Availability) |
| **LAWRENCE ROSEN** | SEPTEMBER 11, 2023 | 10:00 A.M. (PST) | TBD<br>San Diego, CA<br>(Zoom Availability) |
| **DIANN SHERIDAN** | SEPTEMBER 14, 2023 | 9:00 A.M. | Loevy and Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(Zoom Availability) |

| | | | |
|---|---|---|---|
| **DEFENDANT NEEDHAM** | SEPTEMBER 15, 2023 | 10:00 A.M. | Loevy and Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(Zoom Availability) |
| **DEFENDANT HILLARD** | SEPTEMBER 19, 2023 | 10:00 A.M. | Loevy and Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(Zoom Availability) |
| **DEFENDANT DALEY** | SEPTEMBER 20, 2023 | 10:00 A.M. | Loevy and Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(Zoom Availability) |
| **DEFENDANT COLEMAN** | OCTOBER 5, 2023 | 10:00 A.M. | TBD<br>London, England<br>(Zoom Availability) |
| **TYRONE SIMS** | OCTOBER 17, 2023 | 2:00 P.M. | TBD<br>Iowa<br>(Zoom Availability) |
| **DEWAYNE HARDIN** | OCTOBER 25, 2023 | 10:00 A.M. | TBD<br>Dallas, Texas<br>(Zoom Availability) |
| **THOMAS MUSSELLAMI** | NOVEMBER 3, 2023 | 10:00 A.M. | Loevy and Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(Zoom Availability) |

Respectfully submitted,

<u>s/ Elliot Slosar</u>

Jon Loevy
Scott Rauscher
Elliot Slosar
Margaret E. Campbell
LOEVY & LOEVY
311 N. Aberdeen, 3rd Fl
Chicago, IL 60607
312-243-5900

Flint Taylor
Ben Elson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070

*Plaintiff's attorneys*

## **CERTIFICATE OF SERVICE**

I, Elliot Slosar, an attorney, hereby certify that on May 16, 2023, I circulated the notice of depositions via electronic mail on all counsel of record.

/s/ Elliot Slosar
*One of Plaintiff's Attorneys*
