# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jackie Wilson

                              Plaintiff,

v.                                           Case No.: 1:21−cv−03487

                                                Honorable Franklin U. Valderrama

Administrator of the Estate of Former Chicago Police Department Commander Jon Burge, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 11, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 8/11/23. The Court discussed with counsel for the parties and with counsel for putative defendant Nicholas Trutenko the matters discussed in the Joint Status Report on Depositions [257] filed on 7/20/23. For the reasons discussed on the record, the parties shall file by 9/15/23 a joint status report with the following information: (1) proposed or confirmed dates for depositions the parties then have on the calendar or are actively discussing scheduling; (2) an update on whether Mr. Trutenko will or will not be participating in those depositions; (3) an update on the status of written discovery between Plaintiff and Mr. Trutenko; and (4) anything else the parties believe is useful to the Court for case management purposes. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.