IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACKIE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21 C 3487 |
| | ) | |
| Administrator of the Estate of Former Chicago Police Department Commander Jon Burge, et al., | ) ) ) | Judge Franklin U. Valderrama |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

## CITY DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR ANSWERS (*UNOPPOSED*)

Defendants, City of Chicago, Richard Daley, Terry Hillard, Thomas Needham, Anthony Schumann, as Special Representative for Leroy Martin, deceased, Robert Shines, as Special Representative for Gayle Shines, deceased, Thomas McKenna, Doug Stalley, as Personal Representative for Jon Burge, deceased, Geri Lynn Yanow, as Special Representative for John Yucaitis, deceased, and Brian O'Hara, as Special Representative for Patrick O'Hara, deceased ("City Defendants"), by their respective attorneys, for their motion for an extension of time to file their answers to Plaintiff's First Amended Complaint ("FAC"), to and including October 11, 2023, state:

1. Following extensive briefing on all Defendants' various motions to dismiss, this Court granted in part, and denied in part, certain motions in a 168-page order. Dkt. 213.

2. Thereafter, Plaintiff sought leave to file an amended complaint, which this court granted on August 17, 2023. Dkt. 270.

3. Plaintiff filed his FAC on August 18, 2023. Dkt. 271.

4. The City Defendants' answers to Plaintiff's FAC are currently due to be filed on September 11, 2023. Dkt. 270.

5. The City Defendants request an extension of time to file their answers. Plaintiff's FAC consists of 73 pages, 10 separate counts, and 404 paragraphs, not including multiple subparagraphs, against 17 different defendants. The FAC contains allegations of events that occurred over the course of the past 40 years, which include three criminal trials, multiple postconviction proceedings, and various appeals. In order to formulate their answers to Plaintiff's FAC, extensive review and investigation from materials created decades ago must be undertaken to meaningfully respond to the allegations contained in Plaintiff's FAC.

6. This requested extension is not sought for purposes of delay, but is needed to allow the City Defendants' counsel time to gather information and investigate the allegations in Plaintiff's FAC. In addition, while counsel has been attentive to this matter, counsel has also been engaged in other professional obligations that have required substantial time and resources.

7. No prejudice will be suffered by any party as a result of the requested extension, as discovery is ongoing and will continue to be undertaken while the City Defendants' answers to Plaintiff's FAC are being prepared.

8. The undersigned contacted Plaintiff's counsel concerning this motion, who indicated the motion could be presented as unopposed.

WHEREFORE, Defendants, City of Chicago, Richard Daley, Terry Hillard, Thomas Needham, Anthony Schumann, as Special Representative for Leroy Martin, deceased, Robert Shines, as Special Representative for Gayle Shines, deceased, Thomas McKenna, Doug Stalley, as Personal Representative for Jon Burge, deceased, Geri Lynn Yanow, as Special Representative for John Yucaitis, deceased, and Brian O'Hara, as Special Representative for Patrick O'Hara,

deceased request an extension of time to file their answers to Plaintiff's First Amended Complaint, to and including October 11, 2023, and for any other relief this Court deems appropriate.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Terrence M. Burns* <br> Special Assistant Corporation Counsel | By: /s/ *Stacy Benjamin* <br> Special Assistant Corporation Counsel |
| Terrence M. Burns <br> Daniel M. Noland <br> Paul A. Michalik <br> Daniel J. Burns <br> Reiter Burns LLP <br> 311 S. Wacker Dr., Suite 5200 <br> Chicago, IL 60606 | Eileen E. Rosen <br> Stacy A. Benjamin <br> Andrew J. Grill <br> Jessica Zehner <br> Rock Fusco & Connelly, LLC <br> 333 W. Wacker Dr., 19th Floor <br> Chicago, IL 60606 |
| *Attorneys for Defendant City of Chicago, Richard Daley, Terry Hillard, Thomas Needham, Anthony Schumann, as Special Representative for Leroy Martin, deceased, and Robert Shines, as Special Representative for Gayle Shines, deceased,* | *Attorneys for Defendant Thomas McKenna, Doug Stalley, as Personal Representative for the Estate of Jon Burge, Brian O'Hara, as Special Representative for Patrick O'Hara, and Geri Lynn Yanow, as Special Representative for John Yucaitis* |

4

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 8, 2023**, I electronically filed the foregoing **City Defendants' Motion for Extension of Time to File Their Answers (*Unopposed*)** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to counsel of record.

*/s/ Terrence M. Burns*
