FILED
11/1/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **From:** | Monica Dever |
| **To:** | Brenda Rinozzi |
| **Cc:** | elliot@loevy.com; scott@loevy.com; flint.taylor10@gmail.com; Greg Vaci; Patricia Andersen; John Coyne |
| **Subject:** | Wilson v. Trutenko et al.; 21-CV-03487; Supplemental Brief |
| **Date:** | Friday, October 27, 2023 3:41:16 PM |

**CAUTION - EXTERNAL:**

Ms. Rinozzi,

Defendant Trutenko was given until today to file a supplemental brief regarding the common interest privilege assertion. (Dckt # 301). This is to inform the Court that Defendant Trutenko is withdrawing the common interest assertion, and thus will not be filing a supplemental brief on that issue. Defendant Trutenko continues to assert the attorney client privilege assertion in its entirety. I have included Plaintiff's attorneys on this email. Thank you.


Thank you,
Monica Dever
Associate Attorney
Law Offices of John C. Coyne

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.