# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jackie Wilson

Plaintiff,

v.                                          Case No.:
                                            1:21–cv–03487
                                            Honorable Franklin U.
                                            Valderrama

Administrator of the Estate of Former Chicago
Police Department Commander Jon Burge, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 29, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court is in receipt of Defendant Susan Kunkle as Special Representative of the Estate of William J. Kunkle's Corrected Motion to Dismiss Plaintiff's First Amended Complaint Against the Estate [348]. Defendant Susan Kunkle as Special Representative of the Estate of William J. Kunkle's Motion to Dismiss Plaintiff's First Amended Complaint Against the Estate [292] is moot. Per Defendant Kunkle's representation in Defendant, Susan Kunkle, as Special Representative of the Estate of William J. Kunkle's Motion for Leave to File an Amended Table of Contents and Table of Authorities for her Motion to Dismiss [343], the only difference between the first motion to dismiss and the corrected motion to dismiss is the table of contents and the table of authorities. Therefore, the corrected motion to dismiss should not affect the arguments made in related briefs. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.