IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACKIE WILSON, | ) ) ) Case No. 21-CV-3487 |
| Plaintiff, | ) ) ) HON. JUDGE FRANKLIN U. VALDERAMA |
| v. | ) ) |
| Estate of Former Chicago Police Department Commander Jon Burge, et al., | ) ) HON. MAG. JUDGE JEFFREY T. GILBERT ) |
| Defendants. | ) ) ) |

**JOINT MOTION FOR LEAVE TO SUBSTITUTE COUNSEL UNDER LOCAL RULE 83.17 FOR DEFENDANT SUSAN KUNKLE AS SPECIAL REPRESENTATIVE OF THE ESTATE OF WILLIAM J. KUNKLE**

Defendant, Susan Kunkle as Special Representative of the Estate of William J. Kunkle, by undersigned counsel, respectfully moves under Rule 83.17 for leave to withdraw attorneys Thomas G. DiCianni, Matthew A. Hurd, and Mitchell R. Paglia, as her counsel, and to substitute Eileen E. Rosen, Stacy A. Benjamin, Andrew J. Grill, Brittany D. Johnson-Delgado and Jessica Zehner of Rock, Fusco & Connelly, LLC as her new counsel.

WHEREFORE, Defendant Susan Kunkle as Special Representative of the Estate of William J. Kunkle, respectfully requests this Court enter an order as follows:

1. Withdraw attorneys Thomas G. DiCianni, Matthew A. Hurd, and Mitchell R. Paglia as counsel of record for Defendant Susan Kunkle as Special Representative of the Estate of William J. Kunkle; and

2. Substitute attorneys Eileen E. Rosen, Stacy A. Benjamin, Andrew J. Grill, Brittany D. Johnson-Delgado and Jessica Zehner as counsel for Defendant Susan Kunkle as Special

Representative of the Estate of William J. Kunkle *nunc pro tunc* to May 6, 2024.

| | |
|---|---|
| DATED: May 6, 2024 | RESPECTFULLY SUBMITTED, |
| By: */s/ Stacy A. Benjamin* <br> Eileen E. Rosen <br> Stacy A. Benjamin <br> Andrew J. Grill <br> Jessica Zehner <br> Rock Fusco & Connelly, LLC <br> 333 W Wacker, 19th Floor <br> Chicago, IL 60606 <br> T: 312-494-1000 <br> erosen@rfclaw.com <br> sbenjamin@rfclaw.com <br> agrill@rfclaw.com <br> jzehner@rfclaw.com <br> *Attorneys for Defendants Thomas McKenna, the Estate of Jon Burge* | By: */s/ Matthew A. Hurd* <br> Thomas G. DiCianni <br> Matthew A. Hurd <br> Mitchell R. Paglia <br> Ancel Glink, P.C. <br> 140 S. Dearborn, 6th Floor <br> Chicago, IL 60603 <br> T: 312-782-7606 <br> tdicianni@ancelglink.com <br> mhurd@ancelglink.com <br> mpaglia@ancelglink.com <br> *Attorneys for Defendant Susan Kunkle as Special Representative of the Estate of William J. Kunkle* |