**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JACKIE WILSON | ) <br> ) Case No. 21-CV-3487 <br> ) |
| Plaintiff | ) HON. JUDGE FRANKLIN U. <br> ) VALDERAMA |
| vs. | ) <br> ) |
| Estate of Former Chicago Police Department Commander Jon Burge, et al., | ) HON. MAG. JUDGE JEFFREY T. <br> ) GILBERT <br> ) |
| Defendants. | ) <br> ) |

**MOTION TO EXTEND TIME TO FILE STATUS REPORT**

The undersigned jointly request they be allowed ten additional days to submit the joint status report relating to depositions to be taken in this matter.

**1.** Pursuant to this Court's Order, a Joint Status Report is due today regarding the depositions scheduled and taken in this matter. Dkt. 383.

**2.** The Parties are still in the process of conferring about outstanding discovery and the scheduling of depositions in this litigation. Due to other professional commitments, the scheduling has not yet been completed and an additional ten days is needed to file a Joint Status Report that is consistent with this Court's order.

**3.** In addition to the issues outlined in this Court's order, the Parties are also conferring about the need for a short extension of fact discovery.

**4.** Given these competing commitments, counsel for Plaintiff requests an additional 10 days to confer with counsel for Defendants regarding the depositions in this matter.

**5.** Defendants do not oppose this motion.

DATED: May 16, 2024 RESPECTFULLY SUBMITTED,

<u>s/ Elliot Slosar</u>                              <u>s/ Flint Taylor</u>

Jon Loevy                                                  Flint Taylor
Scott Rauscher                                   Ben Elson
Elliot Slosar                                          People's Law Office
Margaret E. Campbell                    1180 N. Milwaukee Ave.
LOEVY & LOEVY                            Chicago, IL 60642
311 N. Aberdeen, 3rd Fl                   773-235-0070
Chicago, IL 60607
312-243-5900

2