# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jackie Wilson

                                          Plaintiff,

v.

                                          Case No.: 1:21−cv−03487

                                          Honorable Franklin U. Valderrama

Administrator of the Estate of Former Chicago Police Department Commander Jon Burge, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held with Plaintiff's counsel and defense counsel for the City. The status hearing set for 4/10/25 [420] is stricken and reset to 5/28/25 at 10:00 a.m. by telephone. The call−in number for the status hearing is 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.