**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jackie Wilson

                Plaintiff,

v.                                                              Case No.: 1:21−cv−03487

                                                                        Honorable Franklin U. Valderrama

Administrator of the Estate of Former Chicago Police Department Commander Jon Burge, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2025:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 7/22/25. The Court and the parties agree the referral can be terminated, and the case be returned to the District Judge in anticipation of the parties' filing of a stipulation of dismissal pursuant to settlement. Referral terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.