**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Jackie Wilson, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) |
| v. | ) Case No. 21 C 3487 |
| | ) |
| Administrator of the Estate of Former Chicago Police Department Commander Jon Burge; Mayor and former State's Attorney Richard M. Daley; former Chicago Police Department detective Thomas McKenna; Administrator of the Estate of former Police Department Detective Patrick O'Hara; Administrator of the Estate of former Chicago Police Department Detective John Yucaitis; former Cook County ASA Lawrence Hyman; former Cook County ASA Nicholas Trutenko; former Cook County Court Reporter, Michael Hartnett; Cook County Assistant State's Attorney T. Andrew Horvat; former Assistant State's Attorney and former Special City of Chicago Corporation Counsel William Kunkle; former jailhouse informant William David Coleman, aka Alfred Clarkson; Administrator of the Estate of former Chicago Police Department Superintendent Leroy Martin; former Chicago Police Department Superintendent Terry Hillard; former OPS Director Gayle Shines; former aide to the Chicago Police Department Superintendent, Thomas Needham; City of Chicago; and Cook County, Illinois, | ) Judge Franklin U. Valderrama <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the Plaintiff and City Defendants through their attorneys and, therefore, all claims related to the City Defendants should be dismissed without prejudice, to be automatically converted to dismissal with prejudice seventy-five (75) days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the seventy-five (75) days. Each

side shall bear its own costs and attorneys' fees.

/s/ Jonathan I. Loevy
Jonathan I. Loevy
Elliot E. Slosar
Scott R. Rauscher
Kathryn J. Montenegro
Attorneys for Plaintiff, Jackie Wilson
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, Illinois, 60607
(312)243-5900
Attorney No. _____ 6315750 _____

DATE: ___ June 9, 2025 _____

/s/ G. Flint Taylor, Jr.
G. Flint Taylor, Jr.
Ben H. Elson
Nora P. Snyder
Attorneys for Plaintiff, Jackie Wilson
People's Law Offices
1180 North Milwaukee Avenue.
Chicago, IL 60622
(773) 235-0070
Attorney No. 2802085
DATE: 12/3/25

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

Mary B. Richardson-Lowry
Corporation Counsel
Attorney for Defendant City of Chicago

/s/ Jessica Felker
Jessica Felker
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-6959
Attorney No. 6296357
DATE: July 25, 2025

/s/ Terrence M. Burns
Terrence M. Burns
Daniel M. Noland
Paul A. Michalik
Attorneys for Defendant, City of Chicago,
Richard M. Daley, Anthony Schumann,
as Special Representative of Deceased Defendant
Leroy Martin, Sr.; Terry Hillard, Robert Shines,
as Special Representative of Deceased Defendant
Gayle Shines, and Thomas Needham
Special Assistant Corporation Counsel
Burns Noland LLP
311 South Wacker Drive, Suite 5200
Chicago, Illinois 60606
(312) 982-0090
Attorney No. ___ 31.22331 _____

(Terrence M. Burns)

DATE: 07/24/2025

/s/ Eileen E. Rosen
Eileen E. Rosen
Stacy A. Benjamin
Andrew J. Grill
Attorneys for Defendants, Thomas McKenna,
Brian O'Hara, as Special Representative if Deceased
Patrick O'Hara,
Geri Lynn Yanow, as Special Representative
of Deceased Defendant John Yucaitis, and
Susan Kunkle, as Special Representative
of the Estate of William Kunkle
Special Assistant Corporation Counsel
Rocko Fusco & Connelly, LLC
333 W. Wacker Dr., 19th Floor
Chicago, Illinois 60606
(312) 494-1000
Attorney No. ~~6217428~~ 6255627

(~~Eileen E. Rosen~~) Stacy Benjamin
DATE: 6/4/25